May Term,
1859.

HOLLOWELL
v.
CHEEK.

---

## HOLLOWELL and Others *v.* CHEEK and Others.

Tuesday,
June 28.

APPEAL from the *Dearborn* Circuit Court.

*Per Curiam.*—This was a bill in chancery, filed under the former practice, but tried since the taking effect of the present code. The cause was tried by the Court, and there was a finding and judgment, in respect to some matters involved, for the defendants. The complainants moved for a new trial, but no written reasons therefor appear to have been filed. The rulings alleged to have been erroneous, should have been presented as the ground of the motion for a new trial. *Vide Kent v. Lawson*, at the present term (1).

There having been no written reasons for a new trial, filed in the Court below, no question is presented for con-

sideration here. *Howes* v. *Halliday*, 10 Ind. R. 339. See,
also, *Mc Gregor* v. *Axe, id.* 362.

The judgment is affirmed with costs.

*E. Dumont* and *W. S. Holman*, for the appellants.

*D. S. Major*, for the appellees.

(1) See the last case in this volume.